IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MYRA FOSTER, On Behalf
Of Her Mother, LOUISE FOSTER                                    PLAINTIFF

V.                              CIVIL ACTION NO. 4:21-CV-056-DMB-JMV

CLEVELAND NURSING AND
REHABILITATION CENTER, LLC And
KENEISHA GREENWOOD                                              DEFENDANTS

## STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED, by and between the undersigned, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and based on the parties' agreement to submit all claims asserted in this action to binding arbitration, the above-entitled action is hereby dismissed in its entirety without prejudice, with each party to bear its respective costs including attorneys' fees.

Agreed by all parties:

/s/ Ellis Turnage
Ellis Turnage (MB No.
TURNAGE LAW OFFICE
Post Office Box 216
108 North Pearman Avenue
Cleveland, Mississippi 38732
Tel: (662)843-2811
Fax: (662)843-6133
eturnage@etlawms.com
Counsel for Plaintiff

/s/ Davis Frye
W. Davis Frye
George Clanton Clay Gunn, IV
Caroline C. Loveless
BUTLER SNOW LLP
Mailing: P.O. Box 6010
Ridgeland, MS 39158-6010
Physical: 1020 Highland Colony Pkwy, Suite 1400
Ridgeland, MS 39157
Tel: (601)985-4277
Fax: (601)985-4500
clay.gunn@butlersnow.com

Counsel for Defendants